Rubin Order

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

USDC. CLERK RECEIVED
CHARLESTON, SC

2014 AUG 28  P 2: 08

Ann M. Skradski, Thomas G. Baraniak, )
and Gretchen V. Baraniak, )
)
Plaintiffs, )
)
v. ) Civil Action No. 2:13-cv-3620-SB
)
Pennsylvania Higher Education )    **ORDER**
Assistance Agency d/b/a American )
Educational Services, National )
Enterprise Systems, Inc., NCO )
Financial Systems, Inc., Performant )
Recovery, Inc. f/k/a Diversified )
Collection Services, Inc., and Does )
1 thru 25, inclusive, )
)
)
Defendants. )
_____)

The Court having been advised by counsel for the parties that the above action has

been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without

prejudice. If settlement is not consummated within sixty (60) days, either party may petition

the Court to reopen this action and restore it to the calendar. Fed. R. Civ. P. 60(b)(6). In

the alternative, to the extent permitted by law, either party may within sixty (60) days

petition the Court to enforce settlement. Fairfax Countywide Citizens v. Fairfax County,

571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be with prejudice if no action is taken under either

alternative within sixty days from the filing date of this order.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

August **27**, 2014
Charleston, South Carolina